**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 1 3 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Docket No. 1:17-cv-01562 *(WFK-RML)*

---

PATRICIO ATARIGUANA, on behalf of
himself and all others similarly situated,

Plaintiffs,

-against-

MIDLAND CREDIT MANAGEMENT
INC., A/K/A MIDLAND FUNDING, LLC,

Defendant.

---

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the instant lawsuit is dismissed with prejudice. The parties also stipulate that the court conference scheduled for July 18, 2017 be cancelled and respectfully and jointly request that the Court enter an Order in that regard.

Dated: July 12, 2017

**LAW OFFICE OF**
**ALAN J. SASSON, P.C.**
*Attorneys for Plaintiff*

By: *s/ Alan J. Sasson*
  Alan J. Sasson, Esq.
2687 Coney Island Avenue, 2nd Fl.
Brooklyn, New York 11235

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant*

By: *s/Han Sheng Beh*
  Han Sheng Beh, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022

**SO ORDERED**

s/ WFK

Honorable William F. Kuntz, II
U.S. District Court Judge

300172246v1 0996975